# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RONALD SATISH EMRIT,**

    *Plaintiff*,

v.                                       Case No.: 1:22cv58-MW/GRJ

**BOARD OF IMMIGRATION APPEALS, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Plaintiff filed no objections. Instead, Plaintiff filed a notice of appeal "to have the present case at bar transferred to the Fourth Circuit Court of Appeals in Richmond, Virginia." ECF No. 9 at 1–2. The notice of appeal does not divest this Court of jurisdiction, because Plaintiff cannot appeal a non-final order of the Magistrate Judge to the Circuit Court of Appeals. If Plaintiff wishes to appeal, Plaintiff must file a new notice of appeal of *this* Order for it to be effective.

To the extent Plaintiff requests this Court to transfer his case, the request for transfer is **DENIED**.

Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED with prejudice** for lack of subject matter jurisdiction, for failure to exhaust administrative remedies, and for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on April 19, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**